IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:   ELBERTA BEND PLANTATION,
A Partnership

No.: 4:10-bk-11501
Chapter 11

## APPLICATION TO EMPLOY ATTORNEY

For its application to employ counsel pursuant to 11 U.S.C. 327 and Rule 2014, Rules of Bankruptcy Procedure, Elberta Bend Plantation, a partnership, Debtor-in-Possession, states:

1. This voluntary Chapter 11 bankruptcy proceeding was filed on March 4, 2010, and an order for relief was entered that same day.

2. Applicant is the fully qualified and acting Debtor-in-Possession for the estate herein.

3. The United States Trustee, Nancy J. Gargula, by her Assistant U. S. Trustee, Charles W. Tucker, has filed a Motion to Dismiss this proceeding pursuant to 28 U.S.C. Section 1654, alleging that Robert Keenan, Managing Partner of Debtor-in-Possession, signed the petition on behalf of the partnership; that he is an unlicensed layman and 28 U.S.C. Section 1654 does not permit a unlicensed layman to represent anyone else other than themselves.

4. In order to best perform its duty as Debtor-in-Possession, and to prevent this matter from being dismissed, Applicant requires the services of an attorney for the following purposes:

   1. To advise and consult with Applicant concerning questions arising in the conduct of the administration of the estate and concerning

      Applicants' rights and remedies with regard to the estate's assets and claims of secured, priority and unsecured creditors and other parties in interest.

2. To appear for, prosecute, defend and represent Applicant's interest in adversary proceedings and/or contested matters arising in or related to this case.

3. To investigate and prosecute preference and other actions arising under the debtor's avoiding powers.

4. To assist in the preparation of such pleadings, motions, notices and orders as are required for the orderly administration of this estate and to consult with and advise Applicant in connection therewith.

5. To assist in the preparation of a Disclosure Statement and Plan of Reorganization and to present said Disclosure Statement and Plant of Reorganization to this Court for approval and confirmation.

6. To undertake all other necessary and appropriate legal representation of Applicant in this proceeding.

7. For the foregoing and for all other necessary and proper purposes, Applicant desires to retain Timothy W. Murdoch of the law firm of Laws & Murdoch, P. A. as attorney for the Debtor-in-Possession.

8. Applicant believes that said law firm or its members and associates do not hold or represent any interest adverse to that of the Applicant or the Debtor's estate and that said law firm is a disinterested person within the meaning of 11 U.S.C.101(14). Attached hereto is the

Affidavit of Proposed Attorney executed by Timothy W. Murdoch in support hereof.

9. Applicant is informed that the normal hourly billing rate of Timothy W. Murdoch at the time of this application is $200.00 per hour. Said attorney will seek compensation based on normal and usual hourly billing rates. It is further contemplated that said attorney will seek interim compensation during this case as permitted by 11 U.S.C. Sec. 331.

10. Prior to filing of this case, Applicant has paid Timothy W. Murdoch the sum of $1,000.00. As of the date of this filing, Timothy W. Murdoch held $0.00 in trust as retainer.

WHEREFORE, Applicant prays that it be authorized to employ Timothy W. Murdoch as its attorney to render services in the areas described above with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine to allow after notice to creditors and opportunity to object and for hearing.

Dated this 24th day of March, 2010.

ELBERTA BEND PLANTATION,
a Partnership, Debtor

/s/Timothy W. Murdoch
Timothy W. Murdoch, ABA#83133
LAWS & MURDOCH, P.A.
P. O. Box 3000
Russellville, Arkansas 72811
Tel: 479-968-1169

## VERIFICATION

I, Robert Keenan, Managing Partner of debtor, having been duly sworn, state on oath that the facts set forth in the foregoing Application to Hire Attorney are true and correct to the best of my knowledge and belief.

/s/ Robert Keenan
ROBERT KEENAN, MANAGING
PARTNER OF ELBERTA BEND
PLANTATION, A PARTNERSHIP,
DEBTOR

SUBSCRIBED AND SWORN to before me this 25th day of March, 2010.

/s/ Cindy Shingleur
Notary Public

## CERTIFICATE OF SERVICE

I, Timothy W. Murdoch, certify that I have forwarded a true and correct copy of the foregoing pleading to:

Charles W. Tucker
Assistant United States Trustee
200 West Capitol Avenue, Suite 1200
Little Rock, AR 72201

on this 24th day of March, 2010.

/s/Timothy W. Murdoch
TIMOTHY W. MURDOCH

g:\wp\sunny\bankruptcy\elbertabend\attyapp.wpd